CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REYNOLD HULL | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-1066(RMC) |
| | ) | |
| | ) | |
| | ) | |
| WALTER MATTHEWS | ) | Category L |
| | ) | |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 11, 2008 from Judge Emmet G. Sullivan to Judge Rosemary M. Collyer by direction of the Calendar Committee.

(Case related to CA 08-817 and 08-818 before Judge Collyer)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc: Judge Sullivan & Courtroom Deputy
Judge Collyer & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk