CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REYNOLD HULL                )
                            )
                            )
        Plaintiff           )
                            )
    v.                      )    Civil Case Number 08-1066(RMC)
                            )
                            )
                            )
WALTER MATTHEWS             )    Category   L
                            )
                            )
        Defendants          )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 11, 2008 from Judge Emmet G. Sullivan to Judge Kollar-Kotelly by direction of the Calendar Committee.

(Case related to CA 08-817 and 08-818 before Judge Kollar-Kotelly)

                                JUDGE ELLEN S. HUVELLE
                                Chair, Calendar and Case
                                Management Committee

cc:    Judge Sullivan & Courtroom Deputy
       Judge Kollar-Kotelly & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk