UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REYNOLD HULL,<br><br>Plaintiff,<br><br>v.<br><br>WALTER MATTHEW, Judge<br><br>Defendant. | Civil Action No. 08-1066 (CKK) |

**ORDER**
(July 11, 2008)

Based on the reasoning set forth in an accompanying memorandum opinion, it is, this 11th day of July, 2008, hereby

**ORDERED** that Plaintiff's Complaint shall be dismissed; it is further

**ORDERED** that the summons issued shall be quashed; and it is further

**ORDERED** that this case shall be dismissed in its entirety.

***This is a Final, Appealable Order.***

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge