UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REYNOLD HULL,

    Plaintiff,

    v.

WALTER MATTHEW, Judge

    Defendant.

Civil Action No. 08-1066 (CKK)

**MEMORANDUM OPINION**
(July 11, 2008)

This matter is before the Court on plaintiff's *pro se* Complaint filed on June 19, 2008. The Court shall dismiss the Complaint *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) ("[n]otwithstanding any filing fee . . . that may have been paid, the court shall dismiss the case at any time if the court determines that the action . . . seeks monetary relief against a defendant who is immune from such relief").

Plaintiff is suing Georgia Superior Court Judge Walter Matthews for allegedly sentencing him to 41 days imprisonment "for the same child not legally proven to be mine." Judges are absolutely immune from lawsuits predicated on acts taken, as alleged here, in their judicial capacities. *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355-57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993). Accordingly, Plaintiff's Complaint shall be dismissed, and the summons issued shall be quashed. A separate Order accompanies this Memorandum Opinion.

                                                                /s/
                                               COLLEEN KOLLAR-KOTELLY
                                               United States District Judge