August 15, 2008

Clerk's Office
United States District Court
for the District of Colombia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington D.C. 20001

Let this be
filed.
Judy C. Kollar-Kotelly
8/25/08

RECEIVED
AUG 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reynold Hull
3216 Morton Bend Rd.
Rome, Georgia 30161

Dear Judge Kotelly:

I, Reynold Hull a senior
citizen of Rome Georgia
is requesting that you
waive and consider my
case, due to my age and
loss of your response,
(over)

and my ability to compre-
hend that I had a deadline,

My reasons for requesting
that your court handle my
case was due to the fact
that all my defendants were
deeply rooted and connected
to all courts in Georgia
and well as the city of
Rome to objectively handle
my case without prejudice.

I know that under the
law, I have legal rights
to appeal my case before
a court that I feel will

litigate my complaints without prejudice.

As a senior citizen of Rome, I feel that once you hear my complaint, you will automatically see that it warrants further considuation from your court. Please don't deny me my rights to arbitrate favorable. Your expedient kindnes will be greatly appreciated. Looking to hear from you soon.

Thankyou,

Reynold Hull